ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2010 JUN 16 P 12: 31

CLERK _____
S.D. DIST. OF GA

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| MICHAEL KEVIN PRO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 310-047 |
| | ) | |
| BILLY D. BROWN, Warden; | ) | |
| TOM GRAMIAK, Deputy Warden; | ) | |
| SUSAN ALLMOND, Deputy Warden; and | ) | |
| MARTY DEES, Shop Supervisor, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's motion to proceed *in forma pauperis* (doc. no. 2) is **DENIED**, and this action is **DISMISSED** without prejudice. If Plaintiff wishes to proceed with the claims raised in this lawsuit, he must submit a new complaint, along with the full filing fee. Dupree v. Palmer, 284 F.3d 1234, 1236 (11th Cir. 2002) (*per curiam*).

SO ORDERED this ___ day of June, 2010, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE